a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOSES ONYANGO OKOTH #A087-686-062,<br>Petitioner | CIVIL DOCKET NO. 1:25-CV-01848<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| U S IMMIGRATION & CUSTOMS ENFORCEMENT,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Moses Onyango Okoth ("Okoth"), an immigration detainee at Winn Correctional Center in Winnfield, Louisiana. Okoth challenges the legality of his continued detention.

Because additional information is necessary to evaluate Okoth's claim, he must AMEND the Petition.

I. **Background**

Okoth is a native and citizen of Kenya. ECF No. 1-1 at 1. He was ordered removed on June 9, 2010. Okoth does not state the date he was detained, but alleges that he has been in custody beyond the presumptively reasonable removal period. He also asserts that there is no substantial likelihood of his removal in the reasonably foreseeable future. ECF No. 1 at 6.

## II. Law and Analysis

The Constitution prohibits indefinite detention of immigration detainees. Accordingly, detention beyond the 90 day removal period is only allowed for a period reasonably necessary to bring about a detainee's removal from the United States. *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Detention for up to six months is presumed reasonable. *Id.*

After six months, if a detainee provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the government must respond with evidence sufficient to rebut that showing. The six-month presumption does not mean that every alien not removed must be released after six months. To the contrary, an alien may be held in confinement until it has been determined that there is no significant likelihood of removal in the reasonably foreseeable future. *See Zadvydas,* 533 U.S. at 701.

Okoth does not allege reasons why his removal is unlikely to occur in the reasonably foreseeable future. Accordingly, he must amend the Petition.

## III. Conclusion

Because additional information is needed to evaluate the Petition, IT IS ORDERED that Okoth AMEND the Petition within 30 days to state why there is no significant likelihood of his removal in the reasonably foreseeable future.

SIGNED on Monday, January 12, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE