UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MOSES ONYANGO OKOTH #A087-686-062** | **CIVIL ACTION NO. 25-1848 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), and after a de novo review of the record, including Petitioner's Objection (Doc. 12), having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers this 16th day of March, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT